UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LYNN WHITELEY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | Case No. SACV 17-2167 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: February 7, 2019

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE